IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH ROBERT CASPER                                                      PLAINTIFF

v.                            No. 1:13-cv-118-DPM-HDY

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                            DEFENDANT

ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2014