IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH ROBERT CASPER                                                PLAINTIFF

v.                          No. 1:13-cv-118-DPM

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                      DEFENDANT

JUDGMENT

Casper's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2014